**88  TRENERRY vs. CIRCUIT JUDGE (Wayne), No. 14698.**

To quash a capias because of the alleged insufficiency of the affidavit.

Denied February 28, 1895, with costs.

Upon the motion to quash the following order was entered:

"Upon consent of defendants' attorney in open court, motion to quash capias denied with costs, on condition that bail be reduced from $500 to $200, and time extended fifteen days from date for putting in special bail."